IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00424-MSK-PAC

CATHERINE ELIZABETH FROST,
TAMIRA TARESE GRAHAM,
JOAN PATRICIA TRUSSEL,
JADE MARION WIMBERLEY,
JUDY LYN PATRICK, and
AMY ELIZABETH PRINCE,

       Plaintiffs,

v.

LAWYERS TITLE INSURANCE CORPORATION, (a Virginia corporation) d/b/a LANDAMERICA LAWYERS TITLE,

       Defendants.

_____

**ORDER**
_____

On the Stipulated Motion of the Plaintiffs and Defendants, and, for good cause appearing,

**IT IS HEREBY ORDERED**:

That this case be, and hereby is, dismissed with prejudice.

DATED this 1st day of October, 2007.

       **BY THE COURT:**

       *Marcia S. Krieger*
       _____
       Marcia S. Krieger
       United States District Judge